**PHILLIPS DAYES**
LAW FIRM
*A Professional Corporation*

3101 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
docket@phillipsdayeslaw.com
TREY DAYES, No. 020805
SEAN C. DAVIS, No. 030754
seand@phillipsdayeslaw.com
Direct: (602) 288-1610 ext. 432
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZIONA

| | |
|---|---|
| Phillip Viscio, | Case No.: CV-16-08045-PCT-GMS |
| Plaintiffs, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| v. | |
| R.M.B. Developments LLC, et al., | |
| Defendants. | |

The parties hereby stipulate and agree to dismiss this matter with prejudice, with each party to bear their own costs and attorneys' fees.

Dated:  June 13, 2016            Respectfully submitted,

                                 **PHILLIPS DAYES LAW FIRM PC**

                                 By  /s/Sean C. Davis
                                    Trey Dayes
                                    Sean C. Davis

                                 Attorneys for Plaintiff

Stipulation to Dismiss with Prejudice                                         Page 1

**RICHARD BRINDISI,** *Pro Per*.

By: /s/Richard Brandisi (*with permission*)
Richard Brindisi

Pro Per Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2016, I electronically transmitted the attached document to the clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to each of the following registrants:

Richard Brindisi
c/o Heat Guard Today
2020 Silver Creek Road, Suite 105D
Bullhead City, AZ 86442

By: /s/Nasser Abujbarah
Nasser Abujbarah, Paralegal for Sean C. Davis