# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip Viscio,<br><br>            Plaintiff,<br><br>v.<br><br>R.M.B. Developments LLC, et al.,<br><br>            Defendants. | No. CV-16-08045-PCT-GMS<br><br>**ORDER** |

Pursuant to the parties' Stipulation to Dismiss with Prejudice (Doc. 18) and good cause appearing,

**IT IS HEREBY ORDERED** that this lawsuit is dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

Dated this 13th day of June, 2016.

_____
Honorable G. Murray Snow
United States District Judge